UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re: Subpoenas Served on the Republican National Committee, the National Republican Congressional Committee, and Adam Kincaid | ) ) ) ) ) ) | Civil Case No. 18-mc-140 |

## DECLARATION OF ATTORNEY SHAWN T. SHEEHY

I, Shawn T. Sheehy, being competent to testify, make this following declaration based on personal knowledge and pursuant to 28 U.S.C. § 1746.

1. I am a resident of Virginia. I am over 18 years of age, and my statements herein are based on my personal knowledge and belief.

2. I am an attorney for the National Republican Redistricting Committee ("NRCC"), the Republican National Committee ("RNC"), and Adam Kincaid in this matter. I am licensed to practice and a member in good standing with the following: Commonwealth of Virginia Bar, the U.S. District Court for the Eastern District of Virginia, the District of Colorado, the Eastern District of Michigan, and in the U.S. Court of Appeals for the Second, Fourth, and Sixth Circuits. My application for admission *pro hoc vice* in the District Court for the District of Columbia is currently pending.

3. Plaintiffs in the underlying action, *Ohio A. Phillip Randolph Institute, et al. v. Kasich, et al.*, No. 18-cv-00357 (S.D. Ohio), subpoenaed documents from the RNC, NRCC, and Adam Kincaid. Plaintiffs clarified that they are seeking documents from 2009 through the end of 2012.

4. The NRCC, RNC, and Adam Kincaid served objections to these subpoenas that the requests sought information protected, *inter alia*, under the First Amendment and

1

attorney-client privileges, and the attorney work-product doctrine. A true and correct copy of the RNC's privilege log provided to the underlying Plaintiffs is attached herein as Exhibit A.

5. Based on the search terms provided by Plaintiffs, 23,687 documents were retrieved, of which 22,915 were non-responsive, 236 were withheld as privileged, and 75 were produced.

6. I have personally reviewed all documents that were withheld under a privilege and all documents produced.

7. The RNC privilege log contains communications between Republican officials at the RNC and Ohio Republican Officials.

8. I personally reviewed an email from Mr. Lenzo, to Mr. Hofeller, and Mr. Oldham dated September 21, 2010 at 3:44p.m. in which Mr. Lenzo states "[W]e are going to have some pretty in depth questions about . . . prep work we can do now in order to prepare for Democrats to go to court."

9. I personally reviewed a newspaper article dated September 15, 2011 that made statements indicating that the redistricting legislation was "destined for a court challenge." A copy of that article appearing in the Toledo Blade is attached herein as Exhibit B.

10. I personally reviewed multiple emails from 2011 which expect that the Democratic Party would attempt to veto the redistricting bill through a referendum process.

11. Attached hereto as Exhibit C is a true and correct copy of the affidavits of Dale Oldham, on behalf of the RNC, Chris Winkelman, on behalf of the NRCC, and Adam Kincaid. These affidavits are in support of their claims for First Amendment privilege.

12. Attached hereto as Exhibit D is an email from me, Shawn Sheehy, to Plaintiffs' counsel Emily Rong Zhang, Theresa Lee, Freda Levenson, dated August 30, 2018.

13. Attached hereto as Exhibit E is an email from Theresa Lee to Jason Torchinsky, Dale Oldham, and myself dated July 30, 2018.

14. Attached hereto as Exhibit F is the protective order in this case.

I declare under pain and penalty of perjury that the foregoing is true and correct.

Executed of October 26, 2018

                                        Shawn T. Sheehy

                                      /s/ Shawn T. Sheehy

                                      Attorney for NRCC, RNC
                                      and Adam Kincaid